UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>RUSH CREEK LODGE, LLC,<br><br>            Defendant. | Case No.  1:22-cv-01346-ADA-HBK<br><br>CLERK TO CORRECT DOCKET TO REFLECT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(Doc. No. 22) |

On April 21, 2023, Plaintiff Jimenez and Defendant Rush Creek Lodge, LLC (collectively "Parties") filed a joint stipulation of voluntary dismissal under Federal Rule of Civil Procedure 41(a) with prejudice.  (Doc. No. 22).  Previously, the Parties filed a stipulated dismissal *without prejudice* on March 14, 2023 (Doc. No. 19) and the Court directed the Clerk to CLOSE this case consistent with the Parties' stipulation.  (Doc. No.  20).  The Parties wish to have the docket reflect that the Parties now agree to a voluntarily dismissal of the case with prejudice.  (Doc. No. 22 at 2, emphasis added).  Accordingly, the Clerk shall correct the docket to reflect the Parties' voluntary dismissal of this action with prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:    April 22, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE